IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TERESA DAY CHANCE,<br> *Plaintiff*,<br><br>v.<br><br>AMLI/BMPT BRECKENRIDGE<br>PARTNERSHIP; AMLI RESIDENTIAL<br>PROPERTIES, L.P.; AMLI<br>RESIDENTIAL PROPERTIES TRUST;<br>and AMLI MANAGEMENT COMPANY,<br> *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action  2:05-CV-464-TJW |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO DESIGNATE
DAVID KEITH CHANCE AS A RESPONSIBLE THIRD PARTY**

On this date, the Court considered *Defendants' Motion for Leave to Designate David Keith Chance as a Responsible Third Party*.  After reviewing the pleadings and motion, and having heard arguments of counsel, the Court is of the opinion that same is well-taken and should, in all things, be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that David Keith Chance is hereby designated as a responsible third party in this action.

All other relief sought, not herein granted, is hereby DENIED.

SIGNED this  7th  day of March, 2006.

*/s/ T. John Ward*
_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE